(137 So. 903)

### Dewey LUCAS v. STATE.
### 7 Div. 81.

Supreme Court of Alabama.
Oct. 8, 1931.

Rehearing Denied Dec. 17, 1931.

L. H. Ellis, of Columbiana, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.

Petition of Dewey Lucas for certiorari to the Court of Appeals to review and revise the judgment decision of that court in Lucas v. State, 137 So. 902.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.